# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **BRANDON ENTERPRISES, LLC, ET AL.,** ) ) ) | Case No. 2:04CV00104 |
| Petitioners, ) ) | **ORDER** |
| v. **)** ) | By: James P. Jones |
| **UNITED STATES OF AMERICA,** ) ) | Chief United States District Judge |
| Respondent. ) | |

For the reasons set forth in the Opinion accompanying this Order, it is

**ADJUDGED AND ORDERED** that the Applications for Attorneys' Fees and Expenses filed on behalf of the Petitioners are DENIED.

The clerk is directed to close the case.

ENTER: February 28, 2005

/s/ JAMES P. JONES
Chief United States District Judge